SLIP OP. 99-67

*UNITED STATES COURT OF INTERNATIONAL TRADE*

BEFORE:  HONORABLE R. KENTON MUSGRAVE, SENIOR JUDGE

|  |  |
|---|---|
| AL TECH SPECIALTY STEEL CORP., *et al.,* : | |
| Plaintiffs, : | |
| v. : | Court No. 97-08-01328 |
| UNITED STATES, : | |
| Defendant, : | |
| ISIBARS LIMITED, : | |
| Defendant-Intervenor. : | |

**JUDGMENT**

Upon consideration of the remand determination of the Department of Commerce, plaintiffs'

comments upon the remand determination, defendant's rebuttal comments, and oral argument by the

parties, it is hereby

ORDERED that the remand determination is sustained in its entirety; and it is further

ORDERED that judgment is entered in favor of the defendant sustaining the contested final

results as supplemented by the remand determination, upon the grounds that the final results as

supplemented by the remand determination, are supported by substantial record evidence and otherwise in accordance with law; and it is further

ORDERED that the case is dismissed.

_____
JUDGE

Dated:  July 21, 1999
         New York, New York